

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-21-00587-CV

**IN RE** Arlette Dominguez **BELVER** and Fav Swimmers II, LLC[1]

### ORDER

Relators filed a motion to withdraw their petition for writ of mandamus because they no longer wished to pursue their mandamus action. We grant the motion and dismiss the petition for writ of mandamus.

It is so **ORDERED** on April 20, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CI20964, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.